UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
GERMAN ROMAN MEDINA,

                                        Plaintiff,

v.                                                                        **ORDER**

JOHN AND VITO'S ITALIAN DELI INC.,          23-CV-05077 (PMH)

                                        Defendant.
----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      Plaintiff Evelyn German Roman Medina ("Plaintiff") commenced this action on June 15, 2023 against Defendant John and Vito's Italian Deli Inc. ("Defendant"). (Doc. 1). A summons was issued for Defendant on June 16, 2023. (Doc. 5). Plaintiff filed an affidavit of service with respect to Defendant on June 20, 2023. (Doc. 6). Defendant did not file an answer or otherwise respond to the Complaint. There has been no activity on the docket since the filing of the affidavit of service.

      Plaintiff is directed to comply with this Court's Individual Practices Rule 4(B) by November 13, 2023. Failure to strictly comply with this Court's Individual Practices and this order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil Procedure 41(b).

                                              **SO-ORDERED:**

Dated:  White Plains, New York
          October 11, 2023

                                            _____
                                            Philip M. Halpern
                                            United States District Judge